UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ERICA CEPEDA § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-142 |
| § | |
| HOMESITE INSURANCE COMPANY § | |

## ORDER

Plaintiff has filed a motion to dismiss her claims with prejudice (Dkt. No. 12). Both parties have signed the motion to dismiss, and the Court will therefore construe it as a stipulated dismissal of this action (*see id.*). Parties in a civil suit may generally dismiss claims without a court order upon filing a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. Fed. R. Civ. P. 41(a)(1)(A). Here, all parties signed the stipulation, and none of the above limitations apply. Therefore, the stipulation's filing automatically dismissed Plaintiff's claims with prejudice. *See Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020).

Because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** March 25, 2024.

Marina Garcia Marmolejo
United States District Judge